Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Amanda M. Steiner (State Bar No. 190047)
as@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff Daniel Call

Bruce A. Ericson (State Bar No. 76342)
bruce.ericson@pillsburylaw.com
Jeffrey Jacobi (State Bar No. 252884)
jeffrey.jacobi@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1560
Facsimile: (415) 983-1200

Attorneys for Defendant Wells Fargo & Company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DANIEL CALL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 11-CV-5215-CW<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR BRIEFING OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br>**(CIVIL L.R. 6-1)** |

1 | Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Daniel Call and Defendant Wells Fargo &
2 | Company, by and through the undersigned attorneys, hereby agree and stipulate as follows:
3 | Whereas Plaintiff filed his complaint on October 25, 2011;
4 | Whereas Defendant agreed to waive service of summons on October 26, 2011, thereby extending
5 | Defendant's response date to December 27, 2011;
6 | Whereas Plaintiff and Defendant stipulated to the dismissal of Plaintiff's claims against the
7 | trustee, Bank of New York Mellon Trust Company, N.A., without prejudice, on November 17, 2011;
8 | Whereas Defendant filed a motion to dismiss the complaint on December 27, 2011;
9 | Whereas Local Rule 7-3 requires Plaintiff to file his opposition to the motion to dismiss on or
10 | before January 10, 2012, and Defendant to file its reply on or before January 17, 2012;
11 | Whereas the hearing has been set for March 1, 2012;
12 | Whereas the parties request to extend the briefing schedule because of the New Year holiday and
13 | briefing commitments in counsel's other matters;
14 | Whereas the proposed briefing schedule ensures that the Court will receive all briefing on
15 | Defendant's motion to dismiss more than two weeks prior to the scheduled hearing date; and
16 | Whereas this agreement does not affect any of the dates set by the Court's October 25, 2011
17 | Order Setting Initial Case Management Conference and ADR Deadlines;
18 | **IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for
19 | the parties, subject to the Court's approval, that:
20 | 1. Plaintiff must file his opposition to Defendant's motion to dismiss on or before January
21 | 27, 2012; and
22 | 2. Defendant must file its reply to Plaintiff's response on or before February 13, 2012.
23 | **IT IS SO STIPULATED.**
24 | //
25 | //
26 | //
27 | //
28 | //

1

STIPULATION REGARDING EXTENSION OF TIME FOR BRIEFING OF DEFENDANT'S
MOTION TO DISMISS THE COMPLAINT (CIVIL L.R. 6-1)
CASE NO. 11-CV-5215-CW

DATED: January 4, 2012                **GIRARD GIBBS LLP**

By: ___/s/ Daniel C. Girard___
      Daniel C. Girard

Amanda M. Steiner
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Daniel Call

DATED: January 4, 2012                **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: ___/s/ Bruce A. Ericson___
      Bruce A. Ericson

Jeffrey Jacobi
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1560
Facsimile: (415) 983-1200

Attorneys for Defendant Wells Fargo & Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 1/5/2012

_____
Judge Claudia Wilken
United States District Judge

---

2
STIPULATION REGARDING EXTENSION OF TIME FOR BRIEFING OF DEFENDANT'S
MOTION TO DISMISS THE COMPLAINT (CIVIL L.R. 6-1)
CASE NO. 11-CV-5215-CW

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 4, 2012, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, and was thereby made available to counsel of record.

  Executed this 4th day of January, 2012 at San Francisco, California.

              _/s/ *Daniel C. Girard*_

3

STIPULATION REGARDING EXTENSION OF TIME FOR BRIEFING OF DEFENDANT'S
MOTION TO DISMISS THE COMPLAINT (CIVIL L.R. 6-1)
CASE NO. 11-CV-5215-CW