1  Daniel C. Girard (State Bar No. 114826)
   dcg@girardgibbs.com
2  Amanda M. Steiner (State Bar No. 190047)
   as@girardgibbs.com
3  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
4  San Francisco, California 94104
5  Telephone: (415) 981-4800
   Facsimile: (415) 981-4846
6
7  Attorneys for Plaintiff Daniel Call

8  Bruce A. Ericson (State Bar No. 76342)
   bruce.ericson@pillsburylaw.com
9  Jeffrey Jacobi (State Bar No. 252884)
   jeffrey.jacobi@pillsburylaw.com
10 **PILLSBURY WINTHROP SHAW PITTMAN LLP**
11 50 Fremont Street
   San Francisco, CA 94105
12 Telephone: (415) 983-1560
13 Facsimile: (415) 983-1200

14 Attorneys for Defendant Wells Fargo & Company

15

16                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
17                              **OAKLAND DIVISION**

18

| | |
|---|---|
| DANIEL CALL, on behalf of himself and all others similarly situated, | Case No. 11-CV-5215-CW |
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME FOR BRIEFING OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |
| vs. | |
| WELLS FARGO & COMPANY, a Delaware corporation, | **(CIVIL L.R. 6-1)** |
| Defendant. | |

1  Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Daniel Call and Defendant Wells Fargo & Company, by and through the undersigned attorneys, hereby agree and stipulate as follows:

Whereas Plaintiff filed his complaint on October 25, 2011;

Whereas Defendant agreed to waive service of summons on October 26, 2011, thereby extending Defendant's response date to December 27, 2011;

Whereas Plaintiff and Defendant stipulated to the dismissal of Plaintiff's claims against the trustee, Bank of New York Mellon Trust Company, N.A., without prejudice, on November 17, 2011;

Whereas Defendant filed a motion to dismiss the complaint on December 27, 2011;

Whereas Local Rule 7-3 requires Plaintiff to file his opposition to the motion to dismiss on or before January 10, 2012, and Defendant to file its reply on or before January 17, 2012;

Whereas the hearing has been set for March 1, 2012;

Whereas the parties request to extend the briefing schedule because of the New Year holiday and briefing commitments in counsel's other matters;

Whereas the proposed briefing schedule ensures that the Court will receive all briefing on Defendant's motion to dismiss more than two weeks prior to the scheduled hearing date; and

Whereas this agreement does not affect any of the dates set by the Court's October 25, 2011 Order Setting Initial Case Management Conference and ADR Deadlines;

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for the parties, subject to the Court's approval, that:

1. Plaintiff must file his opposition to Defendant's motion to dismiss on or before January 27, 2012; and

2. Defendant must file its reply to Plaintiff's response on or before February 13, 2012.

**IT IS SO STIPULATED.**

//
//
//
//
//

1

STIPULATION REGARDING EXTENSION OF TIME FOR BRIEFING OF DEFENDANT'S
MOTION TO DISMISS THE COMPLAINT (CIVIL L.R. 6-1)
CASE NO. 11-CV-5215-CW

| | |
|---|---|
| DATED: January 4, 2012 | **GIRARD GIBBS LLP** |
| | By: ____/s/ Daniel C. Girard____ |
| | Daniel C. Girard |
| | |
| | Amanda M. Steiner |
| | 601 California Street, Suite 1400 |
| | San Francisco, California 94104 |
| | Telephone: (415) 981-4800 |
| | Facsimile: (415) 981-4846 |
| | |
| | Attorneys for Individual and Representative Plaintiff Daniel Call |
| | |
| DATED: January 4, 2012 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| | By: _____/s/ Bruce A. Ericson_____ |
| | Bruce A. Ericson |
| | |
| | Jeffrey Jacobi |
| | 50 Fremont Street |
| | San Francisco, CA 94105 |
| | Telephone: (415) 983-1560 |
| | Facsimile: (415) 983-1200 |
| | |
| | Attorneys for Defendant Wells Fargo & Company |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 1/5/2012

_____
Judge Claudia Wilken
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2012, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, and was thereby made available to counsel of record.

Executed this 4th day of January, 2012 at San Francisco, California.

                              /s/ *Daniel C. Girard*