Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Amanda M. Steiner (State Bar No. 190047)
as@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Daniel Call

Bruce A. Ericson (State Bar No. 76342)
bruce.ericson@pillsburylaw.com
Jeffrey Jacobi (State Bar No. 252884)
jeffrey.jacobi@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant Wells Fargo & Company

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| DANIEL CALL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>    Defendant. | Case No. 11-CV-5215-CW<br><br>**STIPULATION REGARDING APPOINTMENT OF INTERIM CLASS COUNSEL UNDER FED. R. CIV. P 23(g), AND ~~PROPOSED~~ ORDER** |

1    Plaintiff Daniel Call ("Plaintiff") and Defendant Wells Fargo & Company ("Defendant"), by and
2 through the undersigned attorneys, hereby agree and stipulate as follows:
3    Whereas the parties have conferred to discuss various procedural issues relating to the efficient
4 conduct of this litigation, including service of process, elimination of unnecessary parties and other
5 matters;
6    Whereas Fed. R. Civ. P. 23(g)(3) states that the "court may designate interim counsel to act on
7 behalf of a putative class before determining whether to certify the action as a class action";
8    Whereas in the interest of the efficient conduct of this litigation, Defendant does not oppose
9 designation at this time of Girard Gibbs LLP to serve as interim counsel to act on behalf of the putative
10 class, while expressly reserving its right to oppose class certification on any grounds;
11    Whereas the parties are unaware of any other pending actions arising out of the redemption of
12 the Wells Fargo Capital Trust XIV Trust Preferred Securities ("TRUPs"), but note that multiple actions
13 have been filed with respect to the redemption of another trust preferred security issued by a different
14 trust (the redemption of Wachovia Capital Trust X TRUPs), and therefore note the possibility that
15 additional actions relating to Wells Fargo Capital Trust XIV TRUPs may be filed; and
16    Whereas Plaintiff submits with this stipulation the Declaration of Daniel C. Girard to provide the
17 court with a foundation under Fed. R. Civ. P. 23(g)(1) for determining that Girard Gibbs LLP is
18 qualified to serve as interim counsel on behalf of the putative Class of investors in Wells Fargo Capital
19 Trust XIV TRUPs (the declaration being submitted only by Plaintiff, with Defendant reserving the right
20 to contest the declaration's assertions at a future date);
21    **IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for
22 the parties, subject to the Court's approval, that:
23    Pursuant to Fed. R. Civ. P 23(g)(2), the Court may appoint the law firm of Girard Gibbs LLP as
24 Interim Class Counsel to act on behalf of the putative class in this case and in any additional actions on
25 behalf of investors in Wells Fargo Capital Trust XIV TRUPs that might be consolidated with this case.
26 //
27 //
28 //

1

STIPULATION REGARDING APPOINTMENT OF INTERIM CLASS COUNSEL UNDER FED. R.
CIV. P 23(g) AND ~~PROPOSED~~ ORDER
CASE NO. 11-CV-5215-CW

**IT IS SO STIPULATED**

DATED: January 9, 2012						**GIRARD GIBBS LLP**


							By:   /s/ *Daniel C. Girard*
								Daniel C. Girard

							Amanda Steiner
							601 California Street, Suite 1400
							San Francisco, California 94104
							Telephone: (415) 981-4800
							Facsimile: (415) 981-4846

							Attorneys for Individual and Representative
							Plaintiff Daniel Call


DATED: January 9, 2012						**PILLSBURY WINTHROP SHAW PITTMAN LLP**


							By:   /s/ *Bruce A. Ericson*
								Bruce A. Ericson

							50 Fremont Street
							San Francisco, CA 94105
							Telephone: (415) 983-1000
							Facsimile: (415) 983-1200

							Attorneys for Wells Fargo & Company

**ORDER**

The Court has considered the above stipulation and the related Declaration of Daniel C. Girard. Pursuant to Fed. R. Civ. P 23(g)(2), the Court finds that the law firm of Girard Gibbs LLP will adequately represent the interests of the Class in pre-class certification proceedings and appoints Girard Gibbs LLP as Interim Lead Class Counsel to act on behalf of the putative class in this case and in any additional actions on behalf of investors in Wells Fargo Capital Trust XIV TRUPs that might be consolidated with this case.

This order is without prejudice to the rights of Defendant to oppose class certification or appointment of Girard Gibbs LLP as regular class counsel on any grounds, including adequacy of representation under Fed. R. Civ. P 23(a) and (g).

Date: __1/10/2012__   _____
Judge Claudia Wilken

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2012, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, and was thereby made available to counsel of record.

Executed this 9th day of January, 2012 at San Francisco, California.


          /s/ *Daniel C. Girard*

4

STIPULATION REGARDING APPOINTMENT OF INTERIM CLASS COUNSEL UNDER FED. R. CIV. P 23(g) AND ~~PROPOSED~~ ORDER
CASE NO. 11-CV-5215-CW